Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 842-3368
Facsimile: (949) 608-9142

Attorneys for *Defendant*
Residential Credit Solutions, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen E. Reader,  Plaintiff,  vs.  Residential Credit Solutions Inc. a/k/a RCS,  Defendant. | Case No. 2:13-cv-02568-DJH  **NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Helen E. Reader and Defendant Residential Credit Solutions Inc. have settled this lawsuit. The parties will submit a Stipulation for Dismissal and proposed Order as soon as the settlement agreement is finalized. The parties request that all future hearings and deadlines be vacated.

**RESPECTFULLY SUBMITTED** this 31st day of December, 2015.

/s/ *Helen Reader* (w/permission)
Helen E. Reader
Plaintiff in Pro Se

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Kim R. Lepore*
KIM R. LEPORE
Attorneys for *Defendant* Residential Credit Solutions, Inc.

The foregoing was electronically filed this 31st day of December, 2015.

COPY of the foregoing was mailed this 31st day of December 2015 to:

Helen Reader
1525 E. Lynwood Street
Mesa, AZ 85203
Plaintiff *in propria persona*


*/s/ Gretchen Grant*
GRETCHEN GRANT